**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Happy Days, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1416774** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2204 Louisville Ave.** **Monroe, LA 71201** Number, Street, City, State & ZIP Code | **3403 Deborah PL** **Monroe, LA 71201** P.O. Box, Number, Street, City, State & ZIP Code |
| **Ouachita** County | Location of principal assets, if different from principal place of business |
| | **2204 Louisville Ave. Monroe, LA 71201** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1192__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency

Contact name

Phone

---

████ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case number (*if known*) _____

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 16, 2023**
MM / DD / YYYY

**X** **/s/ Lonnie Russell Day**
Signature of authorized representative of debtor

**Lonnie Russell Day**
Printed name

Title  **Manager, Member**

**18. Signature of attorney**

**X** **/s/ Ralph Scott Bowie**
Signature of attorney for debtor

Date  **March 16, 2023**
MM / DD / YYYY

**Ralph Scott Bowie 01724**
Printed name

**Bowie & Beresko, APLC**
Firm name

**400 Travis St, Suite 700**
**Shreveport, LA 71101**
Number, Street, City, State & ZIP Code

Contact phone  **318-221-0600**     Email address  **rsbowie@msn.com**

**01724 LA**
Bar number and State

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* ___
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2023**     X /s/ Lonnie Russell Day
                                        Signature of individual signing on behalf of debtor

                                        **Lonnie Russell Day**
                                        Printed name

                                        **Manager, Member**
                                        Position or relationship to debtor

Debtor name  **Happy Days, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        **12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................... $ _____1,700,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $ _____20,322.10

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................... $ _____1,720,322.10

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ _____1,980,921.91

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ _____7,218.83

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ _____229,265.76

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b                                                                                    $ _____2,217,406.50

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Origin Bank after checks clear** | **Checking** | 7834 | $90.00 |
| 3.2. | **Origin Bank** | **Checking** | 7846 | $7.00 |
| 3.3. | **Century Next Bank** | **Checking** | 3820 | $100.00 |
| 3.4. | **Cross Keys** | **Checking** | 2217 | $30.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                       **$227.00**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:        **0.00**    -            **0.00**  = ....              **$0.00**
                          _____          _____
                            face amount          doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                  **$0.00**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** goods for resale- 30 gallons of OW20 oil, oil filters, and air filters | | **$0.00** | | **$1,400.00** |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**                                                  **$1,400.00**
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **Office Furniture** | **$0.00** | | **$500.00** |
| 40. | **Office fixtures** <br> **Office Fixtures** | **$0.00** | | **$5,000.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office Equipment** | **$0.00** | | **$3,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

| | **$8,500.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2 rinse archs** | $0.00 | | $200.00 |
| **1 sealer wax arch** | $0.00 | | $100.00 |
| **1 foamer arch** | $0.00 | | $100.00 |
| **1 color foamer arch (polish wax)** | $0.00 | | $200.00 |
| **2 wash solution application system** | $0.00 | | $300.00 |
| **1 Omni 2 wash unit** | $0.00 | | $700.00 |
| **Double H-25 Pump station** | $0.00 | | $800.00 |
| **Pressure gun unit** | $0.00 | | $200.00 |
| **1st roll style mitter** | $0.00 | | $500.00 |
| **2nd roll style mitter** | $0.00 | | $200.00 |
| **SF1 Side Wheel** | $0.00 | | $50.00 |
| **SF-77 J wrap wheel** | $0.00 | | $500.00 |
| **96" galvanized poly/nylon tire brush** | $0.00 | | $100.00 |
| **C.T.A W/2 apllicators and solenoids** | $0.00 | | $50.00 |
| **Mag wheel applicator and solenoids** | $0.00 | | $100.00 |
| **undercarriage** | $0.00 | | $50.00 |
| **120' conveyor** | $0.00 | | $700.00 |
| **correlator** | $0.00 | | $100.00 |
| **3 5 H.P. power packs** | $0.00 | | $300.00 |
| **7.5 H.P. power pack** | $0.00 | | $200.00 |

| | | |
|---|---|---|
| 1 10 h.p. power pack | $0.00 | $100.00 |
| 1 10 hp 120 gal. air compressor | $0.00 | $200.00 |
| 2 proportioning stands | $0.00 | $20.00 |
| 4 extra service signs | $0.00 | $200.00 |
| 1 20 hp vacuum | $0.00 | $500.00 |
| 1 Unimac 202 washer/extractor | $0.00 | $100.00 |
| 1 32 function controller | $0.00 | $700.00 |
| 1 Pulse floor switch and entrance eye | $0.00 | $50.00 |
| 1 60 hp blower | $0.00 | $750.00 |
| 1 5 hp re-pressurization pump w/filter | $0.00 | $500.00 |
| 1 rug beater mat machine | $0.00 | $300.00 |
| 6 vac drop assemblies | $0.00 | $100.00 |
| 5 Turner 275 oval tanks | $0.00 | $150.00 |
| 2 Turner 275 oval tanks tyed for waste oil | $0.00 | $60.00 |
| 2 Devon 7-Product consoles | $0.00 | $159.00 |
| 8 Alemite 15' hoses | $0.00 | $26.00 |
| 8 Alemite 16 quart oil meter | $0.00 | $168.00 |
| 4 Alemite 5 to 1 oil pump | $0.00 | $196.00 |
| 4 Alemite regulator seperators pkg | $0.00 | $42.00 |
| 3 Devon rolling drain pans | $0.00 | $135.00 |
| 3 Alemite hand operated gear oil pumps | $0.00 | $12.00 |

| | | |
|---|---|---|
| 1 Alemite air operated grease pump | $0.00 | $50.00 |
| 3 Alemite grease control valves | $0.00 | $20.00 |
| 3 Alemite grease swivels | $0.00 | $10.00 |
| 3 Alemite grease hoses | $0.00 | $13.00 |
| 3 Alemite straight grease swivel | $0.00 | $4.50 |
| 1 Alemite plastic barrell (washer fluid) | $0.00 | $6.00 |
| 1 Alemite washer pump | $0.00 | $24.00 |
| 2 Alemite  Washer hose | $0.00 | $5.60 |
| 1 Alemite regulator/gauge | $0.00 | $4.00 |
| 1 5 hp 80 gal. air compressor | $0.00 | $140.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$10,195.10

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2204 Louisville, Monroe, LA 71201 - land and building leased** | | $0.00 | | $1,700,000.00 |

56.    **Total of Part 9.**

|  |  |
|---|---|
|  | **$1,700,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>Customer list | $0.00 | | $0.00 |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

|  |  |
|---|---|
|  | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Debtor **Happy Days, LLC**
_____
Name

Case number _(If known)_ _____

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**2020**
_____   Tax year _____   **$0.00**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | **$0.00** |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $227.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,400.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,195.10 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................................> | | $1,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,322.10 | + 91b. $1,700,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,720,322.10 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** | **CRF Small Business Loan Co, LLC**
Creditor's Name

**801 Nicollet Mall 1700W Minneapolis, MN 55402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2013**
**Last 4 digits of account number**
**3925**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Happy Days Car Wash and Lube Center**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$1,322,529.82**    Value of collateral: **$650,000.00**

**2.2** | **Origin Bank**
Creditor's Name

**POB 1325 Ruston, LA 71273-1325**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**0001**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Line of Credit**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$28,000.00**    Value of collateral: **$650,000.00**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $130,392.09 | $650,000.00 |
|---|---|---|---|---|

Creditor's Name

**14925 Kingsport Rd
Fort Worth, TX 76155**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2016**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**5006**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $500,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**14925 Kingsport Rd
Fort Worth, TX 76155**

Creditor's mailing address

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**6/12/2021**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8208**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Small Business Administration** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1545 Hawkins Blvd., Suite 202
El Paso, TX 79925**

Creditor's mailing address

**Describe the lien**

| Debtor | **Happy Days, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | **Is the creditor an insider or related party?** |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,980,921.91**

<table>
<tr><td colspan="3">**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1</td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Small Business Administration**<br>**P.O. Box 3918**<br>**Portland, OR 97208-3918** | Line _2.3_ | **5006** |
| **Small Business Association**<br>**1545 Hawkins Blvd. Ste. 202**<br>**El Paso, TX 79925-2652** | Line _2.3_ | **5006** |
| **U.S. Small Business Admin**<br>**721 19th Street**<br>**Denver, CO 80202** | Line _2.4_ | |
| **U.S. Small Business Admin**<br>**409 3rd Street SW**<br>**Washington, DC 20416** | Line _2.4_ | |

Fill in this information to identify the case:

Debtor name    **Happy Days, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Louisiana Department of Revenue
POB 66658
Baton Rouge, LA 70821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,111.12 | $6,111.12 |
|-----|---|---|---|---|

**Quacita Parish Tax Collector**
**300 St. John St.**
**Monroe, LA 71201**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**12/31/82022**

Basis for the claim:
**real estate taxes owed**

Last 4 digits of account number **6989**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,107.71 | $1,107.71 |
|-----|---|---|---|---|

**Quacita Parish Tax Collector**
**300 St. John St.**
**Monroe, LA 71201**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**12/31/2022**

Basis for the claim:
**machinary and equipment taxes owed**

Last 4 digits of account number **2617**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|--|--|--|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $3,000.00 |
|-----|---|---|---|

**American Express**
**P.O. Box 981540**
**El Paso, TX 79998**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  2003**

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $789.96 |
|-----|---|---|---|

**Bank Direct**
**Capital Finance**
**P.O. Box 660448**
**Dallas, TX 75266-0448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  4650**

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $21,000.00 |
|-----|---|---|---|

**Bank of America**
**P.O. Box 15796**
**Wilmington, DE 19866-5796**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2000**

Basis for the claim: _

**Last 4 digits of account number  9804**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Bank of America**
**P.O. Box 15796**
**Wilmington, DE 19866-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1555**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,000.00 |
|---|---|---|---|

**Bank of America**
**Business Card**
**P.O. Box 15796**
**Wilmington, DE 19866-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7124**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Williams, LLC**
**3421 N. Causeway Blvd., Ste. 900**
**Metairie, LA 70002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice attorney for CRF Small Business Loan Co., LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**C. Daniel Street**
**508 North 31st St.**
**Monroe, LA 71201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Attorney for Workers Comp Suit #23-00790**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Cadence Petroleum**
**701 McDowell Rd.**
**Asheboro, NC 27205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**Capital One**
**P.O. Box 60519**
**City of Industry, CA 91716-0519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2000**

Basis for the claim: _

Last 4 digits of account number **7124**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,248.00 |
|---|---|---|---|

**Capital One**
**P.O. Box 60519**
**Industry, CA 91716-0519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9804**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Happy Days, LLC | Case number (if known) | |
|--------|-----------------|------------------------|--|
| | Name | | |

---

**3.11** Nonpriority creditor's name and mailing address

Comcast
1701 JFK Blvd.
Philadelphia, PA 19103-2838

Date(s) debt was incurred _

Last 4 digits of account number __3732__

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Entergy
POB 8108
Baton Rouge, LA 70891

Date(s) debt was incurred _

Last 4 digits of account number __4640__

As of the petition filing date, the claim is: *Check all that apply.* — **$1,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Pugh Lubricants
P.O. Box 4406
Asheboro, NC 27204-4006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$18,586.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Relyadyne Petroleum
8280 Montgomery Rd.
Suite 101
Cincinnati, OH 45236

Date(s) debt was incurred __2016-2019__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$15,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Sams Mastercard
P.O. Box 960013
Orlando, FL 32896

Date(s) debt was incurred __2000__

Last 4 digits of account number __7499__

As of the petition filing date, the claim is: *Check all that apply.* — **$11,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Sonny's Equipment
5805 Hiatus Rd.
Fort Lauderdale, FL 33321-6408

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$1,137.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

Utility Operations Division
City of Monroe
P.O. Box 1743
Monroe, LA 71201-1743

Date(s) debt was incurred _

Last 4 digits of account number __4996__

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __water department__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,804.80 |
|---|---|---|---|

**Westguard Ins. Co.**
**P.O. Box 785570**
**Philadelphia, PA 19178-5570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8250**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Willie Blanche**
**900 Rogers St.**
**Monroe, LA 71201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Plaintiff in Workers Comp suit docket #23-00790**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 7,218.83 |
| 5b. Total claims from Part 2 | 5b. + | $ 229,265.76 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 236,484.59 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **$2,300 annually for advertising revenue is paid the debtor for bill board** | |
| | State the term remaining | **5 years** | |
| | List the contract number of any government contract | _____ | **LAMAR Advertising Company** **2200 Millhaven Rd.** **Monroe, LA 71201** |

Debtor name **Happy Days, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                      Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Lonnie Russell Day** | **3403 Deborah Pl. Monroe, LA 71201** | **Small Business Administration** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Lonnie Russell Day** | **3403 Deborah Pl. Monroe, LA 71201** | **Origin Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Lonnie Russell Day** | **3403 Deborah Pl. Monroe, LA 71201** | **Small Business Administration** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Vicki Day** | **3403 Deborah Pl. Monroe, LA 71201** | **Small Business Administration** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Vicki Day** | **3403 Deborah Pl. Monroe, LA 71201** | **Origin Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Debtor    **Happy Days, LLC**                                   Case number *(if known)*  _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.6 | **Vicki Day** | **3403 Deborah Pl.**<br>**Monroe, LA 71201** | **Small Business**<br>**Administration** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Happy Days, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

Part 1:  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $381,681.00 |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $404,261.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **CRF Small Business Loan Company, LLC VS Happy Days, LLC Russell Day and Vicki Day C-20220886** | | **4th Judicial District Court Parish of Quachita 301 S. Grand St. Monroe, LA 71201** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Willie Blanche vs. Happy Days Car Wash & Lube 23-007910** | civil | **Office of Workers' Compensation District 1E 1401 Hudson Lane, Suite 301 Monroe, LA 71201** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bowie & Beresko, APLC<br>400 Travis St., Ste. 700<br>Shreveport, LA 71101** | **Paid $8,500.00 for atty fees related to defense of law suit by holder of mortgage, atty fees related to bankruptcy, and court costs for debtor company** | | **$8,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**addresses of accounts**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Coca-Cola | | coke machine | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Comcast | | router | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| --- | --- | --- |
| | | **Dates business existed** |
| 25.1.   **Happy Days, LLC**<br>**3403 Deborah Place**<br>**Monroe, LA 71201** | **car wash and lube station** | **EIN:**   **72-1416774**<br><br>**From-To**   **04/20/1998 - 07/26/2022** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.   **Gary Salter**<br>**606 Woodale Dr.**<br>**Shreveport, LA 71115** | **1999-2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.   **CRF Small Business Loan Co, LLC**<br>**801 Nicollet Mall 1700W**<br>**Minneapolis, MN 55402** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vicki Day | 3403 Deborah Pl. Monroe, LA 71201 | managing partner | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Vicki Day 3403 Deborah Pl. Monroe, LA 71201 | $31,376.77 | January 1, 2022 - December 5, 2022 | salary |
| | **Relationship to debtor** spouse | | | |
| 30.2. | Carson Day | $1,894.97 | January 1, 2022 - December 5, 2022 | salary |
| | **Relationship to debtor** grandson | | | |
| 30.3. | Cody Day | $31,256.50 | January 1, 2022 - December 5, 2022 | salary |
| | **Relationship to debtor** son | | | |
| 30.4. | Connor Day | $5,197.60 | January 1, 2022 - December 5, 2022 | salary |
| | **Relationship to debtor** grandson | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Eli Day** | **$1,894.97** | **January 1, 2022 - December 5, 2022** | **salary** |
| | **Relationship to debtor**<br>**grandson** | | | |
| 30.6. | **Jason Day** | **$31,271.75** | **January 1, 2022 - December 5, 2022** | **salary** |
| | **Relationship to debtor**<br>**son** | | | |
| 30.7. | **Krista Day** | **$32,453.50** | **January 1, 2022 - December 5, 2022** | **salary** |
| | **Relationship to debtor**<br>**daughter-in-law** | | | |
| 30.8. | **Lonnie Russell Day**<br>**3403 Deborah Pl.**<br>**Monroe, LA 71201** | **$40,520.00** | **January 1, 2022 - December 5, 2022** | **salary** |
| | **Relationship to debtor**<br>**Manager, member** | | | |
| 30.9. | **Miller Day** | **$1,894.97** | **January 1, 2022 - December 5, 2022** | **salary** |
| | **Relationship to debtor**<br>**grandson** | | | |
| 30.10. | **Travis Day** | **$32,290.00** | **January 1, 2022 - December 5, 2022** | **salary** |
| | **Relationship to debtor**<br>**son** | | | |
| 30.11. | **Vasser Day** | **$1,894.97** | **January 1, 2022 - December 5, 2022** | **salary** |
| | **Relationship to debtor**<br>**grandson** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2023** _____

**/s/ Lonnie Russell Day** _____       **Lonnie Russell Day** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Manager, Member** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Happy Days, LLC**        Case No. _____

                        Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................ $         **8,162.00**

     Prior to the filing of this statement I have received .......................... $         **8,162.00**

     Balance Due ............................................................................................. $         **0.00**

2.   $   **0.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **The amount stated in disclosure statement is the amount paid prepetition for the professional services included in the services to be rendered to debtor(s) by agreement. The attorney will charge an hourly rate of $300.00 for any post petition professional services which are excluded by agreement.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **representation of debtors in any dischargeability actions, judicial lien avoidance, motion to redeem property, relief from stay actions, any other adversary proceeding, any other contested matters.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 16, 2023**                  **/s/ Ralph Scott Bowie**

*Date*                                     **Ralph Scott Bowie 01724**
                                          *Signature of Attorney*
                                          **Bowie & Beresko, APLC**
                                          **400 Travis St, Suite 700**
                                          **Shreveport, LA 71101**
                                          **318-221-0600 Fax: 318-221-8158**
                                          **rsbowie@msn.com**
                                          *Name of law firm*

American Express
P.O. Box 981540
El Paso, TX 79998


Bank Direct
Capital Finance
P.O. Box 660448
Dallas, TX 75266-0448


Bank of America
P.O. Box 15796
Wilmington, DE 19866-5796


Bank of America
Business Card
P.O. Box 15796
Wilmington, DE 19866-5796


Blue Williams, LLC
3421 N. Causeway Blvd., Ste. 900
Metairie, LA 70002


C. Daniel Street
508 North 31st St.
Monroe, LA 71201


Cadence Petroleum
701 McDowell Rd.
Asheboro, NC 27205


Capital One
P.O. Box 60519
City of Industry, CA 91716-0519


Capital One
P.O. Box 60519
Industry, CA 91716-0519

Comcast
1701 JFK Blvd.
Philadelphia, PA 19103-2838


CRF Small Business Loan Co, LLC
801 Nicollet Mall 1700W
Minneapolis, MN 55402


Entergy
POB 8108
Baton Rouge, LA 70891


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


LAMAR Advertising Company
2200 Millhaven Rd.
Monroe, LA 71201


Lonnie Russell Day
3403 Deborah Pl.
Monroe, LA 71201


Louisiana Department of Revenue
POB 66658
Baton Rouge, LA 70821


Origin Bank
POB 1325
Ruston, LA 71273-1325


Pugh Lubricants
P.O. Box 4406
Asheboro, NC 27204-4006

```
Quachita Parish Tax Collector
300 St. John St.
Monroe, LA 71201


Relyadyne Petroleum
8280 Montgomery Rd.
Suite 101
Cincinnati, OH 45236


Sams Mastercard
P.O. Box 960013
Orlando, FL 32896


Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155


Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925


Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918


Small Business Association
1545 Hawkins Blvd. Ste. 202
El Paso, TX 79925-2652


Sonny's Equipment
5805 Hiatus Rd.
Fort Lauderdale, FL 33321-6408


U.S. Small Business Admin
721 19th Street
Denver, CO 80202
```

U.S. Small Business Admin
409 3rd Street SW
Washington, DC 20416


Utility Operations Division
City of Monroe
P.O. Box 1743
Monroe, LA 71201-1743


Vicki Day
3403 Deborah Pl.
Monroe, LA 71201


Westguard Ins. Co.
P.O. Box 785570
Philadelphia, PA 19178-5570


Willie Blanche
900 Rogers St.
Monroe, LA 71201

**United States Bankruptcy Court**
**Western District of Louisiana**

In re   **Happy Days, LLC**                                                Case No. _____

                                                            Debtor(s)        Chapter        **7** _____


# VERIFICATION OF CREDITOR MATRIX


I, the Manager, Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.


Date:   **March 16, 2023**                          **/s/ Lonnie Russell Day**
                                                    **Lonnie Russell Day**/Manager, Member
                                                    Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re **Happy Days, LLC**

Debtor(s)

Case No. _____

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Happy Days, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Lonnie Russell Day**
**3403 Deborah Pl.**
**Monroe, LA 71201**

**Vicki Vasser Day**
**3403 Deborah Pl**
**Monroe, LA 71201**

☐ None [*Check if applicable*]

**March 16, 2023**

Date

**/s/ Ralph Scott Bowie**

**Ralph Scott Bowie 01724**

Signature of Attorney or Litigant

Counsel for   **Happy Days, LLC**

**Bowie & Beresko, APLC**
**400 Travis St, Suite 700**
**Shreveport, LA 71101**
**318-221-0600 Fax:318-221-8158**
**rsbowie@msn.com**